UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
UNITED STATES OF AMERICA  :  05 CR 305 (ARR)

    -against-  :

                                                                                    **CERTIFICATE OF**
                                                                                    **ENGAGEMENT**

JERMAINE TAYLOR,  :

               Defendant.  :
------------------------------------------------------------- X

ROSS, United States District Judge:

It is hereby ordered that Howard Greenberg, Esq. will be engaged representing the defendant in a jury trial in the above-captioned proceeding before the undersigned on Monday, October 17, 2005 and Tuesday, October 18, 2005.

    SO ORDERED.

                                                                            Allyne R. Ross
                                                                            United States District Judge

Dated: October 7, 2005
       Brooklyn, New York

1

SERVICE LIST:

Howard Greenberg, Esq.
41 Schermerhorn Street
Suite 104
Brooklyn, NY 11201
Fax: 718-852-0185
**By fax and mail**

David Bitkower
United States Attorneys Office
1 Pierrepont Plaza
Brooklyn, NY 11201
Fax: 718-254-6076
**By fax and mail**

************* -COMM. JOURNAL- ************* DATE OCT-07-2005 ***** TIME 03:03 ********

```
        MODE = MEMORY TRANSMISSION          START=OCT-07 03:03    END=OCT-07 03:03
           FILE NO.=923
STN NO.  COMM.   ABBR NO.    STATION NAME/TEL NO.    PAGES    DURATION
  001     OK        z         917182546076           003/003  00:00:21
```

************************************** -      - ***** -              - ********

# FAX COVER SHEET

**DATE** : 10/7/05

**TO** : SEE BELOW

**FROM** : ALLYNE R. ROSS
U. S. D. J.
E. D. N. Y.
FAX NO. 718/260-2386 / OFFICE NO. 718/260-2380

RE: Howard Greenberg, Esq.
FAX: 718-852-0185

David Bitkower, AUSA, EDNY
FAX: 718-254-6076

NUMBER OF PAGES INCLUDING COVER SHEET  3

========== -COMM. JOURNAL- ========== DATE OCT-07-2005 ===== TIME 03:03 ==========

MODE = MEMORY TRANSMISSION          START=OCT-07 03:02    END=OCT-07 03:03
   FILE NO.=922
STN NO.   COMM.   ABBR NO.   STATION NAME/TEL NO.   PAGES    DURATION
 001      OK         z       917188520185           003/003  00:00:37

==================================== -        - **** -         - ********

# FAX COVER SHEET

DATE : 10/7/05

TO : SEE BELOW

FROM : ALLYNE R. ROSS
U. S. D. J.
E. D. N. Y.
FAX NO. 718/260-2386 / OFFICE NO. 718/260-2380

RE: HOWARD GREENBERG, ESQ.
FAX: 718-852-0185

DAVID BITKOWER, AUSA, EDNY
FAX: 718-254-6076

NUMBER OF PAGES INCLUDING COVER SHEET  3

# FAX COVER SHEET

DATE : 10/7/05

TO : SEE BELOW ~~WWWWW~~

FROM : ALLYNE R. ROSS
U. S. D. J.
E. D. N. Y.
FAX NO. 718/260-2386 / OFFICE NO. 718/260-2380

RE: HOWARD GREENBERG, ESQ.
FAX: 718-852-0185

DAVID BITKOWER, AUSA, EDNY
FAX: 718-254-6076

NUMBER OF PAGES INCLUDING COVER SHEET   3