UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------X

UNITED STATES OF AMERICA,

-against-
Jermaine Taylor

JUDGMENT OF ACQUITTAL
05 CR 305(ARR)

Defendants.

------------------X

ROSS, J.

A jury trial having been held on October 17, 2005 and the jury having returned a verdict of not guilty on the sole count of the indictment, it is hereby:

ORDERED that a Judgment of Aquittal is entered as to the Indictment in the above-captioned case.

*Signature of Judge*

**ALLYNE R. ROSS, UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

October 19, 2005
Date